| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Tina Harris** | | Social Security number or ITIN | xxx–xx–3849 |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Alabama** | | Date case filed for chapter 13 | **September 29, 2017** |
| Case number: | 17–32828 | | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**No one in the bankruptcy clerk's office may give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Tina Harris | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3441 Wilmington Road<br>Montgomery, AL 36105 | |
| 4. | **Debtor's attorney**<br>Name and address | Joshua C. Milam<br>Shinbaum & Campbell<br>566 S. Perry Street<br>Montgomery, AL 36104 | Contact phone 334–269–4440<br>Email: jmilam@smclegal.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Sabrina L. McKinney<br>P.O. Box 173<br>Montgomery, AL 36101 | Contact phone 334–262–8371 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | One Church Street<br>Montgomery, AL 36104 | Hours open 8:30 AM – 4:00 PM<br>Contact phone 334–954–3800<br>Date: September 30, 2017 |

**For more information, see page 2 >**

Official Form 309I  Notice of Chapter 13 Bankruptcy Case  page 1

| | | |
|---|---|---|
| Debtor **Tina Harris** | | Case number **17–32828** |

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 15, 2017 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Valid photo identification required.**<br>**No cell phones or cameras will be allowed in the building.** | **Location:**<br>**Frank M. Johnson, Jr. Federal Courthouse, (Lee St. entrance), Sec. 341 Meeting Room (105), Montgomery, AL 36104** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: January 15, 2018** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: February 13, 2018** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline:** _____ |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <u>Claims can be filed electronically through the court's website at:</u> www.almb.uscourts.gov/electronic–proof–claim.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held:<br>Date: **December 18, 2017**, Time: **09:30 AM**, Location: **U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                                United States Bankruptcy Court
                                 Middle District of Alabama
In re:                                                          Case No. 17-32828-DHW
Tina Harris                                                     Chapter 13
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 1127-2          User: admin                   Page 1 of 1                  Date Rcvd: Oct 02, 2017
                              Form ID: 309I                 Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2017.
```
db          +Tina Harris,    3441 Wilmington Road,    Montgomery, AL 36105-2331
3854008     +AMBULATORY ANESTHESIA,    PO BOX 235019,    Montgomery, AL 36123-5019
3854009      BAPTIST HEALTH,    PO BOX 241145,    Montgomery, AL 36124-1145
3854010     +BERTHA MCCLAIN,    3441 WILMINGTON RD,    Montgomery, AL 36105-2331
3854012      CHAMBLESS, MATH & CARR,    P.O. BOX 230759,    MONTGOMERY, AL 36123-0759
3854004      EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
3854006      EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
3854016    ++GUARDIAN CREDIT UNION,    1789 CONGRESSMAN W L DICKNSON DR,    MONTGOMERY AL 36109-2601
            (address filed with court:  Guardian Credit Union,    418 Madison Ave,    Montgomery, AL 36104)
3854017     +Kay Jewelers,    PO Box 1799,    Akron, OH 44309-1799
3854018      MONTGOMERY WARD,    1112 7TH AVE,    Monroe, WI 53566-1364
3854019     +Quick Credit,    2653 East South Blvd,    Montgomery, AL 36116-2531
3854023     +RICHARD DEAN, ESQ.,    P.O. BOX 1028,    MONTGOMERY, AL 36101-1028
3854022     +Republic Finance,    2763 Eastern Blvd,    Montgomery, AL 36117-1549
3854024      SERVICE LOAN,    557 MCQUEEN SMITH RD,    Prattville, AL 36066
3854005      TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19022-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: jmilam@smclegal.com Oct 02 2017 21:50:15     Joshua C. Milam,
              Shinbaum & Campbell,    566 S. Perry Street,    Montgomery, AL  36104
tr          +E-mail/Text: trustees_office@ch13mdal.com Oct 02 2017 21:52:36     Sabrina L. McKinney,
              P.O. Box 173,    Montgomery, AL 36101-0173
3854007     +E-mail/Text: bpage@acceptanceloan.com Oct 02 2017 21:52:16     ACCEPTANCE LOAN,
              3976 B GOVERNMENT BLVD,    Mobile, AL 36693-4723
3854011      EDI: CAPITALONE.COM Oct 02 2017 21:28:00     Capital One,    P.O. Box 85015,
              Richmond, VA 23285-5617
3854013     +EDI: CHRM.COM Oct 02 2017 21:28:00     CHRYSLER CAPITAL,    P.O. BOX 961275,
              Fort Worth, TX 76161-0275
3854014     +EDI: WFNNB.COM Oct 02 2017 21:28:00     COMENITY BANK/NWYRK&CO,    PO BOX 182789,
              Columbus, OH 43218-2789
3854015     +EDI: RCSFNBMARIN.COM Oct 02 2017 21:28:00     CREDIT ONE BANK,    585 S. PIOLT STREET,
              Las Vegas, NV 89119-3619
3854021     +E-mail/Text: bankruptcy@regionalmanagement.com Oct 02 2017 21:50:29     REGIONAL FINANCE,
              6144 ATLANTA HIGHWAY,    Montgomery, AL 36117-2800
3854020      E-mail/Text: bankruptcy@tritonmgt.com Oct 02 2017 21:52:10     QUICK PAWN,
              4204 NORMAN BRIDGE ROAD,    Montgomery, AL 36105
3854025     +E-mail/Text: bankruptcy@wscadc.tzo.com Oct 02 2017 21:51:32     WESTERN SHAMROCK,    801 S ABE,
              San Angelo, TX 76903-6735
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2017 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0