IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: Tina Harris, | CHAPTER 13 |
| Debtor(s). | CASE NO. 17-32828 |

OBJECTION TO CONFIRMATION

COMES NOW Republic Finance, LLC. (Creditor), by and through counsel, and objects to the Confirmation of the Debtor's Plan for the following reasons:

1. The claim of the Creditor should be secured instead of unsecured, because the Debtor pledged property to secure the loan.

2. The Debtor destroyed the lien of the Creditor by pawning property that she previously pledged to the Creditor to secure the loan. Therefore, the Debtor has destroyed the collateral, as well as the lien of the Creditor, by pawning the collateral.

3. The Debtor filed this case in bad faith.

WHEREFORE, the Creditor objects to confirmation of the Debtor's Plan for the above reasons, as well as any other reason that could be brought out at an Evidentiary Hearing.

/s/ Richard C. Dean, Jr.
Attorney for Republic Finance, LLC.

OF COUNSEL
P.O. Box 1028
Montgomery, AL 36101-1028
334-264-2896
SAC

CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing upon the following interested parties electronically (CM/ECF) or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on the date that this document is filed in the above case.

| | | |
|---|---|---|
| Tina Harris | Joshua C. Milam, Esq. | Sabrina L. McKinney, Esq. |
| 3441 Wilmington Road | 566 S. Perry Street | Chapter 13 Trustee |
| Montgomery, AL 36105 | Montgomery, AL 36104 | P.O. Box 173 |
| | | Montgomery, AL 36101 |

                                          /s/ Richard C. Dean, Jr.
                                          OF COUNSEL